**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7466

_____

DEWAYNE MCKENZIE, a/k/a Shawn McKenzie,

               Petitioner - Appellant,

       v.

WARDEN LARRY CARTLEDGE,

               Respondent - Appellee,

       and

DIRECTOR BILL BYERS,

               Respondent.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson. R. Bryan Harwell, District Judge. (8:13-cv-02488-RBH)

_____

Submitted: February 25, 2015      Decided: March 3, 2015

_____

Before NIEMEYER, KING, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Dewayne McKenzie, Appellant Pro Se. Donald John Zelenka, Senior Assistant Attorney General, James Anthony Mabry, Assistant Attorney General, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne McKenzie seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on McKenzie's 28 U.S.C. § 2254 (2012) petition, and a subsequent order denying reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that McKenzie has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny McKenzie's motion for the appointment of

counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED